# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

129361 & (67)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HOLWERDA BUILDERS, L.L.C.,
        Plaintiff-Appellant,

v

TOWNSHIP OF GRATTAN and
GREGORY L. CONVERSE,
        Defendants-Appellees.

SC: 129361
COA: 260711
Kent CC: 04-006316-CZ

_____/

On order of the Court, the application for leave to appeal the July 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to dismiss is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

p0424

_____
Clerk